**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DAVID SMUCK,                         :   No. 215 MAL 2023
                                     :
                  Petitioner         :
                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the
          v.                         :   Commonwealth Court
                                     :
                                     :
DANA HOLDING CORPORATION             :
(WORKERS' COMPENSATION APPEAL        :
BOARD),                              :
                                     :
                  Respondents        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.